### In The Matter of Wilma I. FOREMAN, Appellant.

No. 56338.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 24, 1989.

Lindell P. Dunivan, Farmington, for appellant.

John W. Reid, II, Farmington, for respondent.

### ORDER

PER CURIAM.

Plaintiff, Superintendent of the Southeast Missouri Mental Health Center, appeals the trial court's denial of his petition to grant Ms. Wilma Foreman a "96 hour trial release" pursuant to 552.040.14 RSMo 1986. We find the trial court's judgment is supported by substantial evidence. No error of law appears, and an extended opinion would serve no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).